ALEXANDER G. CALFO (SBN 152891)
*alexander.calfo@btlaw.com*
SARAH E. JOHNSTON (SBN 259504)
*sarah.johnston@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:	(310) 284-3880
Facsimile:	(310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as "Johnson & Johnson Pharmaceutical Research & Development, L.L.C."); JANSSEN PHARMACEUTICALS, INC. (sued herein as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."); and McKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANCIS BREENE;<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; and McKESSON CORPORATION;<br><br>Defendants. | **Case No.  1:15-cv-00361-TLN-JLT**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA STATE COURT**<br><br>**Current Date**: May 21, 2015<br><br>**Proposed New Date**: June 18, 2015<br><br>Complaint Filed:  January 26, 2015 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants JOHNSON & JOHNSON, JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as "Johnson & Johnson Pharmaceutical Research & Development, L.L.C."), and JANSSEN PHARMACEUTICALS, INC. (sued herein as "Ortho-McNeil-Janssen Pharmaceuticals, Inc.") (collectively, "Defendants"), and Plaintiff MICHAEL FRANCIS BREENE ("Plaintiff") (Defendants and Plaintiff are referred to as "the Parties") hereby stipulate and agree as follows:

1. Plaintiff's Motion to Remand Case to California State Court is currently set for hearing on May 21, 2015;
2. The Parties continue to meet and confer regarding information evidencing Plaintiff's alleged use of Levaquin® and to determine whether certain legal issues related to the Motion to Remand may be narrowed prior to the hearing before this Court;
3. Accordingly, the Parties have agreed that there is good cause to continue the Motion to Remand Case to California State Court, in accordance with Judge Nunley's civil law and motion rules, to permit the Parties to further meet and confer;
4. No other scheduling modifications have been issued on this Motion, either by stipulation or by Court order;
5. Therefore, the Parties stipulate and agree that hearing date on Plaintiff's Motion to Remand to California State Court will be continued from May 21, 2015 to June 18, 2015.  Defendants' Opposition to Plaintiff's Motion to Remand Case to California State Court will be due on or before June 4, 2015 and Plaintiff's Reply papers will be due on or before June 11, 2015.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -   1:15-cv-00361-TLN-JLT
STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA STATE COURT

IT IS SO STIPULATED.

Dated: May 7, 2015                                        **GOMEZ TRIAL ATTORNEYS**


By: /s/ Stephanie S. Poli
    John H. Gomez
    John P. Fiske
    Stephanie S. Poli
    Attorneys for Plaintiff MICHAEL
    FRANCIS BREENE


Dated: May 7, 2015                                        **BARNES & THORNBURG LLP**


By: /s/ Sarah E. Johnston
    Alexander G. Calfo
    Sarah E. Johnston
    Attorneys for Defendants
    JOHNSON & JOHNSON; JANSSEN
    RESEARCH & DEVELOPMENT, LLC
    (sued herein as "Johnson & Johnson
    Pharmaceutical Research & Development,
    L.L.C."); JANSSEN
    PHARMACEUTICALS, INC. (sued herein
    as "Ortho-McNeil-Janssen
    Pharmaceuticals, Inc."); and McKESSON
    CORPORATION

## ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue the Hearing for Plaintiff's Motion to Remand Case to California State Court and for good cause shown,

PURSUANT TO STIPULATION, the Court hereby continues the Hearing on Plaintiff's Motion to Remand Case to California State Court from May 21, 2015 to June 18, 2015 at 2:00 p.m. in Courtroom 2, 15th Floor, 501 I Street Sacramento, California 95814. Defendants' Opposition to Plaintiff's Motion to Remand Case to California State Court shall be due on or before June 4, 2015 and Plaintiff's Reply papers shall be due on or before June 11, 2015.

**IT IS SO ORDERED.**

Dated: May 11, 2015

The Honorable Troy L. Nunley
United States District Court Judge